

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. KORY KESHON WHITE, DEFENDANT(S). | CASE NUMBER SA 15-00589M |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _Friday, December 11,_____, _2015_____, at _10:00_____ ☒a.m. / ☐p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
      *(Other custodial officer)*

Dated: _12/9/2015_

DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                   Page 1 of 1